UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **EVENS JEAN-BAPTISTE,** | : | Civil Action No. 15-1046 (CCC) |
| **Plaintiff,** | : | |
| v. | : | REPORT & RECOMMENDATION |
| **UNITED AIRLINES, et al.,** | : | |
| **Defendants.** | : | |

**CLARK, Magistrate Judge**

This matter having been opened to the Court by Plaintiff Evens Jean-Baptiste's ("Plaintiff") motion to remand this matter to state court [Docket Entry No. 5]; and Defendant United Airlines, Inc. ("Defendant") having informed the Court that it would "forego filing opposition to the present Motion only if Plaintiff executes a formal Stipulation Capping Damages at a sum less than the jurisdiction amount" *see* Docket Entry No.7; and the Court noting that on March 19, 2015 counsel for Defendant indeed filed such a stipulation signed by counsel for both parties, *see* Docket Entry No. 8-1; and counsel for Defendant further indicating that it expressly does not oppose Plaintiffs motion to remand; and the Court finding that the parties have essentially agreed to remand this matter by way of their stipulation; and for good cause shown,

**IT IS** on this 25th day of March, 2015,

**RECOMMENDED** that Plaintiff's Motion to Remand be GRANTED and this matter REMANDED to the Superior Court of New Jersey, Law Division, Essex County.

Parties are advised that they may file an objection within 14 days of the date of this Order pursuant to FED.R.CIV.P. 72(b)(2).

1

                    s/James B. Clark, III
**HONORABLE JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**